UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**MALIBU MEDIA,**

    Plaintiff,

    -vs-                                          Case No. 13-C-536

**JOHN DOE, subscriber assigned
IP address 184.58.186.212,**

    Defendant.

## ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME WITHIN WHICH IT HAS TO SERVE DEFENDANT WITH A SUMMONS AND COMPLAINT

THIS CAUSE came before the Court upon Plaintiff's First Motion for Extension of Time Within Which it Has to Serve Defendant With a Summons and Complaint (the "Motion"), and the Court being duly advised in the premises does hereby:

ORDER and ADJUDGE: Plaintiff's Motion is granted. Plaintiff shall have until thirty days after the Court's ruling on the pending motion [CM/ECF 9] to effectuate service of a summons and Complaint on Defendant.

SO ORDERED this 11th day of September, 2013.

                                            _____
                                            **HON. RUDOLPH T. RANDA
                                            U.S. District Judge**