IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC, | )<br>) |
| Plaintiff, | ) Civil Case No.: 2:13-cv-00536-RTR<br>) |
| v. | )<br>) |
| JOHN DOE subscriber assigned IP<br>address 184.58.186.212, | )<br>)<br>) |
| Defendant. | )<br>) |

**PLAINTIFF'S FIRST MOTION FOR EXTENSION OF TIME
TO FILE RESPONSE TO SHOW CAUSE ORDER**

Plaintiff, Malibu Media, LLC ("Plaintiff"), moves for entry of an order extending the time within which Plaintiff has to file a response to the Court's Show Cause Order [CM/ECF 18], and states:

1. On September 17, 2013, this Court entered an order sealing Exhibit C of Plaintiff's Complaint and requiring Plaintiff to show cause by September 27, 2013 why attaching Exhibit C to the Complaint does not violate Rule 11(b) [CM/ECF 18].

2. Currently, there is a similar show cause order pending in two of Plaintiff's cases in the Northern District of Illinois. *See Malibu Media, LLC v. John Doe*, 3:13-cv-50286 (N.D. Il., Sept. 13, 2013); *Malibu Media, LLC v. John Doe*, 3:13-cv-50287 (N.D. Il., Sept. 13, 2013). The response in Northern Illinois is due on October 4, 2013.

3. Plaintiff respectfully requests that the Court allow it to respond contemporaneously with its other show cause on October 4, 2013.

4. Undersigned is in the process of obtaining declarations, transcripts, and other supporting documentation from Plaintiff and its other attorneys.

1

5. As such, the additional time will enable Plaintiff to receive this information and adequately prepare its response.

6. Plaintiff is taking its responsibility to respond to the show cause order very seriously and this motion is not being interposed for the purpose of undue delay.

WHEREFORE, Plaintiff respectfully requests that the time within which it must file its response to the Court's Show Cause Order be extended an additional seven (7) days, or until October 4, 2013. A proposed order is attached for the Court's convenience.

Dated: September 25, 2013

                                          Respectfully submitted,
                                          SCHULZ LAW, P.C.

By: /s/ *Mary K. Schulz*
     Mary K. Schulz, Esq.
     1144 E. State Street, Suite A260
     Geneva, Il 60134
     Tel: (224) 535-9510
     Fax: (224) 535-9501
     Email: schulzlaw@me.com
     *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                          By: /s/ *Mary K. Schulz*