IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

MALIBU MEDIA, LLC, )
)
    Plaintiff, ) Civil Case No.: 2:13-cv-00536-RTR
)
v. )
)
JOHN DOE subscriber assigned IP )
address 184.58.186.212, )
)
    Defendant. )
_____ )

**ORDER GRANTING PLAINTIFF'S FIRST MOTION FOR EXTENSION OF TIME
TO FILE RESPONSE TO SHOW CAUSE ORDER**

    **THIS CAUSE** having come before the Court upon Plaintiff's First Motion for Extension of Time to File Response to Show Cause Order (the "Motion"), and the Court being duly advised in the premises does hereby:

    **ORDER AND ADJUDGE:** Plaintiff's Motion is granted. Plaintiff shall have until October 4, 2013 to file its response to the Court's Show Cause Order [CM/ECF 18].

    DONE AND ORDERED this ___ day of _____, 2013.

                                      By _____
                                          **UNITED STATES DISTRICT JUDGE**