IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| Plaintiff, | ) Civil Case No.: 2:13-cv-00536-RTR |
| v. | ) |
| JOHN DOE subscriber assigned IP address 184.58.186.212, | ) |
| Defendant. | ) |

**PLAINTIFF'S SECOND MOTION FOR EXTENSION OF TIME WITHIN WHICH IT HAS TO EFFECTUATE SERVICE ON DEFENDANT**

Pursuant to Fed. R. Civ. P. 4(m), Plaintiff, Malibu Media, LLC ("Plaintiff"), moves for entry of an order extending the time within which to effectuate service on Defendant, and states:

1. This is a copyright infringement case against a John Doe Defendant known to Plaintiff only by an IP address. Defendant's true identity is known by their Internet service provider ("ISP").

2. On May 16, 2013, Plaintiff was granted leave to serve a third party subpoena on Defendant's ISP, Road Runner, to obtain the Defendant's identifying information [CM/ECF 7]. Plaintiff issued the subpoena on or about May 20, 2013, but did not receive the ISP's response on October 15, 2013.

3. Pursuant to this Court's order dated September 17, 2013, Plaintiff is prohibited from publically disclosing Defendant's identifying information until further order of the Court [CM/ECF 18].

1

4. Plaintiff is currently in the process of obtaining a clerk issued summons for service on the Defendant.

5. Plaintiff's deadline to effectuate service of the summons and Complaint on Defendant is today, October 17, 2013 [CM/ECF 17].

6. Procedurally, Plaintiff respectfully requests that the time within it must effectuate service of a summons and Complaint on Defendant be extended an additional thirty (30) days, or until November 16, 2013.

WHEREFORE, Plaintiff respectfully requests that the time within which it must serve Defendant with a summons and Complaint be extended until November 16, 2013. A proposed order is attached hereto for the Court's convenience.

Dated: October 17, 2013

Respectfully submitted,

SCHULZ LAW, P.C.

By: /s/ *Mary K. Schulz*
Mary K. Schulz, Esq.
1144 E. State Street, Suite A260
Geneva, Il 60134
Tel: (224) 535-9510
Fax: (224) 535-9501
Email: schulzlaw@me.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Mary K. Schulz*