IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No.: 2:13-cv-00536-RTR |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN DOE subscriber assigned IP address 184.58.186.212, | ) ) | |
| | ) | |
| Defendant. | ) ) | |
| | | |
| MALIBU MEDIA, LLC, | ) ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No.: 2:13-cv-00544-RTR |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN DOE subscriber assigned IP address 97.83.171.176, | ) ) | |
| | ) | |
| Defendant. | ) ) | |
| | | |
| MALIBU MEDIA, LLC, | ) ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No.: 2:13-cv-00779-RTR |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN DOE subscriber assigned IP address 174.103.170.157, | ) ) | |
| | ) | |
| Defendant. | ) ) | |

**PLAINTIFF'S FIRST MOTION FOR EXTENSION OF TIME
TO FILE RESPONSE TO MOTION OF THE ELECTRONIC
FRONTIER FOUNDATION FOR LEAVE TO FILE BRIEF
*AMICUS CURIAE* IN SUPPORT OF SANCTIONS**

1

Plaintiff, Malibu Media, LLC ("Plaintiff"), moves for entry of an order extending the time within which Plaintiff has to file a response to the Motion of The Electronic Frontier Foundation for Leave to File Brief *Amicus Curiae* in Support of Sanctions [CM/ECF 21], and states:

1. On October 21, 2013, the Electronic Frontier Foundation (the "EFF") filed its Motion for Leave to File Brief *Amicus Curiae* In Support of Sanctions ("Motion for Leave") [CM/ECF 26]. Accordingly, Plaintiff's response is due today, November 4, 2013.

2. Currently, there is a similar motion pending in two of Plaintiff's cases in the Northern District of Illinois. *See Malibu Media, LLC v. John Doe*, 3:13-cv-50286 (N.D. Il., Sept. 13, 2013); *Malibu Media, LLC v. John Doe*, 3:13-cv-50287 (N.D. Il., Sept. 13, 2013). Undersigned is diligently working on its responses to the other motions, which are currently due this Friday, November 8, 2013.

3. Plaintiff respectfully requests that the Court allow it to respond to the Motion for Leave in this case contemporaneously with its other responses on November 8, 2013.

4. This motion is not being interposed for the purpose of undue delay.

WHEREFORE, Plaintiff respectfully requests that the time within which it must file its response to the Motion for Leave to File Brief *Amicus Curiae* in Support of Sanctions be extended an additional four (4) days, or until November 8, 2013. A proposed order is attached for the Court's convenience.

Dated: November 4, 2013

2

Case 2:13-cv-00536-RTR   Filed 11/04/13   Page 2 of 3   Document 28

Respectfully submitted,
						SCHULZ LAW, P.C.

				By:		/s/ *Mary K. Schulz*
						Mary K. Schulz, Esq.
						1144 E. State Street, Suite A260
						Geneva, Il 60134
						Tel:  (224) 535-9510
						Fax: (224) 535-9501
						Email:  schulzlaw@me.com
						*Attorneys for Plaintiff*

5.
## CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

				By:		/s/ *Mary K. Schulz*