# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF WISCONSIN
### MILWAUKEE DIVISION

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No.: 2:13-cv-00536-RTR |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN DOE subscriber assigned IP address 184.58.186.212, | ) ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| MALIBU MEDIA, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No.: 2:13-cv-00544-RTR |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN DOE subscriber assigned IP address 97.83.171.176, | ) ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| MALIBU MEDIA, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No.: 2:13-cv-00779-RTR |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN DOE subscriber assigned IP address 174.103.170.157, | ) ) | |
| | ) | |
| Defendant. | ) | |

**ORDER GRANTING PLAINTIFF'S FIRST MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION OF THE ELECTRONIC FRONTIER FOUNDATION FOR LEAVE TO FILE BRIEF *AMICUS CURIAE* IN SUPPORT OF SANCTIONS**

1

THIS CAUSE having come before the Court upon Plaintiff's First Motion For Extension of Time to File Response to Motion of The Electronic Frontier Foundation for Leave to File Brief *Amicus Curiae* in Support of Sanctions (the "Motion"), and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's Motion is granted. Plaintiff shall have up to and including November 8, 2013 to file its response to the Electronic Frontier Foundation's Motion for Leave to file Brief *Amicus Curiae* in Support of Sanctions.

DONE AND ORDERED this 5th day of November, 2013.

By _____
UNITED STATES DISTRICT JUDGE

2