UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| Plaintiff, | ) Civil Case No.: 2:13-cv-00536-RTR |
| v. | ) |
| JOHN DOE subscriber assigned IP address 184.58.186.212, | ) |
| Defendant. | ) |

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE ITS AMENDED COMPLAINT UNDER SEAL**

THIS CAUSE came before the Court upon Plaintiff's Motion for Leave to File Its Amended Complaint Under Seal (the "Motion"), and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's Motion is granted. The Amended Complaint will be filed under seal, so that the Defendant's identify is not published.

SO ORDERED this 18th day of November, 2013.

By: _____
HON. RUDOLPH T. RANDA
UNITED STATES DISTRICT JUDGE