IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

MALIBU MEDIA, LLC, )
)
    Plaintiff ) No. 2:13 cv 536-RTR
)
vs )
)
JOHN DOE, )
)
    Defendant )

## PLAINTIFF'S MOTION FOR LEAVE TO SEAL THE REDACTED AMENDED COMPLAINT

Plaintiff, Malibu Media, LLC ("Plaintiff"), moves for entry of an order to seal the Redacted Amended Complaint and in support of it motion states:

1. On May 15, 2013 this Court entered an Order [CM/ECF 7] granting Plaintiff leave to serve a third party subpoena on Defendant's Internet Service Provider so that it may identify the John Doe Defendant and proceed with its copyright infringement lawsuit.

2. On May 17, 2013, Plaintiff issued its subpoena to Road Runner/Time Warner Cable's registered agent, and received the ISP's response on October 15, 2013.

3. On September 17, 2013, this Court entered an Order [CM/ECF 18] granting the Defendant Leave to Proceed Anonymously through Close of Discovery and Dispositive Motions. As such, Plaintiff was given leave to file its Amended Complaint under seal.

4. On November 21, 2013 Plaintiff filed the Redacted Amended Complaint [CM/ECF 33] which accidentally left the John Doe Defendant's name on page 5.

5. Plaintiff respectfully requests that this Court order that the Redacted Complaint be sealed.

6. Plaintiff will file its voluntary motion to dismiss the complaint previous Redacted Amended Complaint is sealed.

7. Good cause exists to grant this motion.

WHEREFORE, Plaintiff respectfully requests that the Court to seal the Redacted Amended Complaint and for such further and additional relief as this Court deems right and just.

Dated: December 17, 2013

Respectfully submitted,

SCHULZ LAW, P.C.

By: /s/ Mary K. Schulz
Mary K. Schulz, Esq.
1144 E. State Street, Suite A260
Geneva, Il 60134
Tel: (224) 535-9510
Fax: (224) 535-9501
Email: schulzlaw@me.com
Attorneys for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ Mary K. Schulz

2