UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| MALIBU MEDIA, LLC, | )<br>) |
| Plaintiff, | ) Civil Case No.: 2:13-cv-00536-RTR<br>) |
| v. | )<br>) |
| JOHN DOE, | )<br>) |
| Defendant. | )<br>) |

## ORDER GRANTING PLAINTIFF'S MOTION TO SEAL

THIS CAUSE came before the Court upon Plaintiff's Motion to seal Its Redacted Amended Complaint, (the "Motion"), and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's Motion is granted. The Redacted Amended Complaint filed at CM/ECF 33 shall be sealed.

SO ORDERED this 9th day of January, 2014.

By: _____
UNITED STATES DISTRICT JUDGE