**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN**

---

**MALIBU MEDIA, LLC,**

        Plaintiff,

    -vs-                                       **Case Nos. 13-C-536, 13-C-779
13-C-1230, 14-C-921,
14-C-936**

**JOHN DOES,**

        Defendants.

---

### DECISION AND ORDER

---

Since the beginning of 2013, Malibu Media, LLC has filed 74 cases in this judicial district against individuals for illegally downloading copyrighted adult films. Thirteen of those cases have been assigned to this Court. Five of those cases are open and remain pending.

On August 5, 2014, the Court granted the defendant's motion for leave to resume anonymous status in Case No. 13-C-1230. The Court also directed Malibu Media to show cause as to why it should not be sanctioned for publicly revealing the defendant's name in that case. The Court is in receipt of Malibu Media's response to the Court's order to show cause.

The Court will not sanction Malibu Media. However, all of the defendants in the cases pending before this Court — Case Nos. 13-C-536, 13-C-779, 13-C-1230, 14-C-921, and 14-C-936 — must remain anonymous. This Order will also apply to all future *Malibu Media, LLC v. Doe* cases that are assigned to this Court.

Dated at Milwaukee, Wisconsin, this 29th day of August, 2014.

**SO ORDERED:**

_/s/ Rudolph T. Randa_
**HON. RUDOLPH T. RANDA**
**U.S. District Judge**